IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY WALSH and JASBIR WALSH<br><br>              Plaintiffs,<br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; et al.,<br>,<br>              Defendants. | Case No. C 09-0446 SBA<br><br>**ORDER GRANTING PLAINTIFFS'**<br>**EX PARTE APPLICATION**<br><br>DOCKET 24 |

   Plaintiffs have filed an ex parte application for an extension of various deadlines set forth in the Court's Order of May 1, 2009 (Docket 23). The basis for the request is that Plaintiffs' counsel currently is undergoing medical treatment. Counsel has provided documentation to support her ex parte application, and Defendants do not oppose the requested extension. Accordingly,

   IT IS HEREBY ORDERED THAT Plaintiffs' ex parte application is GRANTED. The deadlines set forth in the Court's Order of May 1, 2009 are revised as follows:

   1.   By no later than **June 4, 2009**, Plaintiffs' counsel will meet and confer, either individually or collectively, with counsel for each of the Defendants regarding their claims against each Defendant. By no later than **June 9, 2009**, Plaintiffs shall file a supplemental opposition (not to exceed 10 pages). Defendants may file a supplemental reply (not to exceed 5 pages) by **June 16, 2009**. The hearing on Defendants' motions to dismiss is CONTINUED from June 16, 2009 to **July 14, 2009 at 1:00 p.m.**

   2.   The Case Management Conference previously scheduled for June 16, 2009 at 1:00 p.m. is CONTINUED to **July 14, 2009 at 1:00 p.m.**, and will follow the hearing on the motions referenced above. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of the Northern District of

1 | California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement.

2 |     IT IS SO ORDERED.

4 | Dated:  May 13, 2009

                                       *Saundra B Armstrong*
                                 Hon. Saundra Brown Armstrong
                                 United States District Judge