1  LAW OFFICES OF GENE A. FARBER
   GENE A. FARBER, ESQ. (No. 44215)
2  TIMOTHY S. THIMESCH, Esq. (No. 148213)
   4258 Twenty Sixth Street
3  San Francisco, CA 94131
   Telephone: (415) 956-1800
4  Fax: (415) 282-4228
   genefarber@gmail.com
5  tim@thimeschlaw.com

6  Attorneys for Plaintiffs
   TIMOTHY WALSH and JASBIR WALSH
7

8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 TIMOTHY WALSH and JASBIR          CASE NO. 4:09-cv-00446-SBA
   WALSH,                            Civil Rights
11
         Plaintiff,
12                                   **REQUEST AND PROPOSED ORDER FOR**
   v.                                **SUBSTITUTION OF COUNSEL**
13
   COUNTRYWIDE HOME LOANS, INC.,
14 and DOES 1 through 15,
   Inclusive,
15
         Defendants.
16 _____/

17

18       Plaintiffs TIMOTHY WALSH and JASBIR WALSH hereby request

19 that the following attorneys be substituted into the case as

20 their sole counsel of record:

21 LAW OFFICES OF GENE A. FARBER
   GENE A. FARBER, ESQ. (No. 44215)
22 TIMOTHY S. THIMESCH, Esq. (No. 148213)
   4258 Twenty Sixth Street
23 San Francisco, CA 94131
   Telephone: (415) 956-1800
24 Fax: (415) 282-4228
   genefarber@gmail.com
25 tim@thimeschlaw.com

26 And that the following attorneys be substituted out of the

27 ////

28

---

Request and Order for Substitution of Counsel: Case No. 4:09-cv-00446-SBA

case as their counsel of record: LYNDSEY MICHELLE HELLER, ESQ. and TIMOTHY McCANDLESS, ESQ.

Dated: July 28, 2009

_____
TIMOTHY WALSH

Dated: July 28, 2009

_____
JASBIR WALSH

Dated: July 28, 2009

_____
GENE A. FARBER, ESQ.

Dated: July ___, 2009

_____
MICHELLE HELLER, ESQ.

Dated: July ___, 2009

_____
TIMOTHY McCANDLESS, ESQ.

**ORDER**

**IT IS SO ORDERED.** _____

_____

_____.

Date: **7-28-09**        *[signature]*
_____
HON. SAUNDRA BROWN ARMSTRONG
U.S. District Court Judge