UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WALSH and JASBIR WALSH,<br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE BANK, FSB; SHAPELL INDUSTRIES, INC.; NL, INC. RESIDENTIAL PACIFIC MORTGAGE BRETT HILLARD; JOHN LUEDEMANN JOE POLIZZI; [ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE   COMPLAINT ADVERSE  TO PLAINTIFFS' TITLE OR ANY CLOUD ON THAT TITLE]; COUNTRYWIDE FINANCIAL CORPORATION; FULL SPECTRUM LENDING, INC.; BANK OF AMERICAN HOME LOANS SERVICING, L.P.; BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; ANGELO MOZILO; DAVID SAMBOL; and DOES 8 through 25, inclusive,<br>Defendants. | No. 09-cv-0446-SBA<br><br>**[PROPOSED] ORDER GRANTING A 3-DAY EXTENSION TO FILE PLAINTIFFS' REPLY BRIEF**<br>**Requested Date September 25, 2009**<br><br><u>Hearing:</u><br>Date:    None - Ex Parte<br>Time:<br>Place:<br><br>[Hon. Saundra Brown Armstrong] |

Having considered all papers filed in connection with Plaintiff's Application for a three day extension to file their Reply, and good cause having been shown,

**Order Granting Application for a Three Day Extension to File Reply:**
**Case No. 09-cv-0446-SBA**

1   IT IS HEREBY ORDERED THAT Plaintiffs' request for a three day extension is
2   GRANTED. Plaintiffs shall have until September 25, 2009 to file their reply. Plaintiffs are warned
3   against presenting new arguments for the first time in their reply. No further submissions relating to
4   the motion will be considered absent prior leave of Court. Because of the requested extension, the
5   hearing on Plaintiffs' motion is continued from October 6, 2009 to **November 3, 2009 at 1:00 p.m.**
6   Pursuant to Federal Rule of Civil Procedure 78(a), the Court may resolve the motion without oral
7   argument. The parties are advised to check the Court's website to determine whether an
8   appearance on the motion is necessary.
9   IT IS SO ORDERED.

DATED:  9/23/09

_____
SAUNDRA BROWN ARMSTRONG
U.S. District Judge

**Order Granting Application for a Three Day Extension to File Reply:**
**Case No. 09-cv-0446-SBA**

— 2 —

Ohimesch Law Offices
158 FRONT STREET
WALNUT CREEK, CA
94597
(925) 588-0401