UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY WALSH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>　　　　Defendants. | Case No: C 09-0446 SBA<br><br>**ORDER GRANTING PLAINTIFFS' SECOND REQUEST FOR EXTENSION OF TIME**<br><br>Docket 76 |

　　　Good cause appearing,

　　　IT IS HEREBY ORDERED THAT Plaintiffs' second application for an extension of time is GRANTED. Plaintiffs shall have until October 23, 2009 to file a single, consolidated reply brief that shall not exceed 15 pages in length. No further of extensions of time will be considered in connection with Plaintiffs' motion for relief from default. This Order terminates Docket 76.

Dated: October 21, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge