1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Timothy Walsh, et al.,                                    No. C 09-0446 SBA  (JL)

        Plaintiffs,

     v.                                                         **ORDER**

Countrywide Home Loans, Inc, et al.,

        Defendants.
_____/

     The Court received the parties' request for an indefinite continuance of Defendants' motions for attorney fees, e-filed at Docket numbers 85 and 89, and referred by the district court (Hon. Saundra Brown Armstrong) under 28 U.S.C. §636(b). The matter is on appeal to the U.S. Court of Appeals for the Ninth Circuit.

     Rather than maintain the motions on its caseload for an indefinite period, the Court hereby denies the motions without prejudice to their being renoticed after the ruling by the court of appeals.

     IT IS SO ORDERED.

DATED: February 10,  2010

_____
JAMES LARSON
United States Magistrate Judge